# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRI-STATE CONSUMER ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEXISNEXIS RISK SOLUTIONS INC., ) | CIVIL ACTION NO: |
| Formerly Known as ChoicePoint ) | |
| Services Inc., Survivor Entity of its ) | 1:11-CV-01313-TCB |
| Merger with Insurity LLC a/k/a/ ) | |
| "Insurity," ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii) and (c), Plaintiff Tri-State Consumer Insurance Company, Inc. and Defendant LexisNexis Risk Solutions Inc. hereby jointly stipulate and dismiss with prejudice their claims and counterclaims respectively. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 28th day of September, 2012.

| | |
|---|---|
| */s/ Kathleen Mary Kushi Carter* | */s/ Jill A. Pryor* |
| Kathleen Mary Kushi Carter | Jill A. Pryor |
| Christine R. Arnold | Georgia Bar No. 589140 |
| *(admitted pro hac vice)* | pryor@bmelaw.com |

999169.1

| | |
|---|---|
| **HOLLINS LAW**<br>Suite 1300<br>2601 Main Street<br>Irvine, California  92614<br>Telephone:  (714) 558-9119<br>Facsimile:  (714) 558-9091<br><br>J. Wayne Pierce<br>Georgia Bar No. 579250<br>**PIERCE & DUNKELBERGER**<br>Building G, Suite 200<br>6111 Peachtree-Dunwoody Road<br>Atlanta, Georgia  30328<br>Telephone:  (770) 817-8500<br>Facsimile:  (770) 817-8504<br><br>**Counsel for Plaintiff** | Randi Engel Schnell<br>Georgia Bar No. 248592<br>schnell@bmelaw.com<br>Kamal Ghali<br>Georgia Bar No. 805055<br>ghali@bmelaw.com<br>**BONDURANT, MIXSON & ELMORE, LLP**<br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia  30309-3417<br>Telephone:  (404) 881-4100<br>Facsimile:   (404) 881-4111<br><br>**Counsel for Defendant** |

999169.1