UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Tri-State Consumer Insurance
Company, Inc.,

        Plaintiff,

vs.

LexisNexis Risk Solutions, Inc. f/k/a
ChoicePoint Services, Inc., a/k/a Insurity

        Defendant.

CIVIL ACTION FILE
NO. 1:11-cv-1313-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of plaintiff's Motion to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is **dismissed**.

Dated at Atlanta, Georgia, this 1st day of October, 2012.

Prepared, Filed, and Entered in the
Clerk's Office
October 1, 2012
James N. Hatten
Clerk of Court

By /s/ Janice Micallef
    Deputy Clerk

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Janice Micallef

    Deputy Clerk